## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Lisa Diane Bone | Case No. 23-02626-JAW |
| Jerry Joseph Bone, Debtors | CHAPTER 13 |

## RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Creditor, Graceland Rentals' Motion for Abandonment and Relief from Automatic Stay (Dk #61) as follows:

1. Debtors commenced this case on 11/09/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors can continue making the plan payments.

WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr. (MSBN 103469)