

**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 21, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: LISA BONE AND JERRY BONE          CASE NO. 23-02626-JAW**

**AGREED ORDER RESOLVING MOTION TO
ABANDON AND RELIEF FROM STAY (DK#61)**

THIS DAY, there came on to be heard and was heard the Creditor's Motion to Abandon and Relief from Stay (DK#61) and the Debtors' response thereto, and the Court having been advised that the parties have reached an agreement, adjudicates as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

The Debtors assumed a lease with Graceland Rentals for a 10x12 storage shed pursuant to the Confirmed Plan (DK#38).

(3)

That the Motion is conditionally denied as to the a 10x12 storage shed.

(4)

That Graceland's claim shall be paid as a secured claim in the amount of $7,174.09 plus 10.00% interest in monthly payments to be determined by the Trustee over the life of the debtors' plan.

(5)

That upon payment of $7,174.09, any liens be canceled and any title documents be returned to the debtors. Further, that the remaining balance shall be paid as an unsecured creditor.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Abandon and Relief from the Automatic Stay of Creditor, Graceland Rentals, is hereby conditionally denied subject to the restrictions set forth above.

##ENDOFORDER##

/s/ Bart M. Adams
Attorney for Graceland Rentals

/s/ Joshua C. Lawhorn
Attorney for Chapter 13 Trustee

/s/ T.C. Rollins
Attorney for Debtors

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com