United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-02626-JAW |
| Lisa Diane Bone | Chapter 13 |
| Jerry Joseph Bone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lisa Diane Bone, Jerry Joseph Bone, 9348 Hwy 80, Morton, MS 39117-8143 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart M Adams | on behalf of Creditor Graceland Rentals tosha@akinsadams.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisa Diane Bone trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf012 | Total Noticed: 1 |

    on behalf of Joint Debtor Jerry Joseph Bone trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 21, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: LISA BONE AND JERRY BONE          CASE NO. 23-02626-JAW

**AGREED ORDER RESOLVING MOTION TO
ABANDON AND RELIEF FROM STAY (DK#61)**

THIS DAY, there came on to be heard and was heard the Creditor's Motion to Abandon and Relief from Stay (DK#61) and the Debtors' response thereto, and the Court having been advised that the parties have reached an agreement, adjudicates as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

The Debtors assumed a lease with Graceland Rentals for a 10x12 storage shed pursuant to the Confirmed Plan (DK#38).

(3)

That the Motion is conditionally denied as to the a 10x12 storage shed.

(4)

That Graceland's claim shall be paid as a secured claim in the amount of $7,174.09 plus 10.00% interest in monthly payments to be determined by the Trustee over the life of the debtors' plan.

(5)

That upon payment of $7,174.09, any liens be canceled and any title documents be returned to the debtors.  Further, that the remaining balance shall be paid as an unsecured creditor.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Abandon and Relief from the Automatic Stay of Creditor, Graceland Rentals, is hereby conditionally denied subject to the restrictions set forth above.

##ENDOFORDER##

 /s/ Bart M. Adams
Attorney for Graceland Rentals

 /s/ Joshua C. Lawhorn
Attorney for Chapter 13 Trustee

 /s/ T.C. Rollins
Attorney for Debtors

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com